**United States District Court for**
United States of America vs.
**CENTRAL DISTRICT OF CALIFORNIA**

**DEFENDANT:** TODD E. FISCH

DOCKET NO.: CR 86-887(A)-JMI

# JUDGMENT AND PROBATION/COMMITMENT ORDER  AO-245 (9/82)

**COUNSEL:** In the presence of the attorney for the government, the defendant appeared in person on this date

MONTH: MARCH   DAY: 18   YEAR: 1988

[ ] WITHOUT COUNSEL   However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel

[X] WITH COUNSEL   Fred Schwartz, retained
(Name of Counsel)

**PLEA:** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea,   [ ] NOLO CONTENDERE,   [ ] NOT GUILTY

**FINDING & JUDGMENT:** There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[ ] GUILTY.

Defendant has been convicted as charged of the offense(s) of mail fraud in violation of 18 USC 1341 as charged in counts 1 and 54 of the Indictment; conspiracy to defraud the United States in violation of 18 USC 371 as charged in count 63 of the Indictment.

**SENTENCE OR PROBATION ORDER / SPECIAL CONDITIONS OF PROBATION:**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of **five** (5) years as to each of the counts 1, 54, and 63, said terms to run consecutive one to another and consecutive to the sentence imposed in CR 88-173-JMI for a total term of imprisonment of twenty (20) years and is to become eligible for parole pursuant to 18 USC 4205(a). IT IS ORDERED that defendant make restitution in the amount of eight-and-a-half million dollars ($8,500,000.00). IT IS FURTHER ORDERED that defendant pay a special assessment fee of $50.00 payable to the U.S. Treasury - U.S. Attorney, Claims and Judgments.

Upon motion of the Government, the underlying Indictment and remaining counts are dismissed.

Defendant is ordered remanded to the custody of the U.S. Marshal and his bond exonerated forthwith.

**COMMITMENT RECOMMENDATION:** that defendant be incarcerated in a Florida institution.

ENTERED ON COURT
APR - 4 1988

**SIGNED BY:** [XX] U.S. District Judge   [ ] U.S. Magistrate

JAMES M. IDEMAN        Date: 30 Mar 88

| | |
|---|---|
| United States of America vs. | **United States District Court** for |
| DEFENDANT: TODD E. FISCH | CENTRAL DISTRICT OF CALIFORNIA |
| | DOCKET NO. CR 86-887(A)-JMI |

# JUDGMENT AND PROBATION/COMMITMENT ORDER  AO-245 (9/82)

**COUNSEL**

In the presence of the attorney for the government, the defendant appeared in person on this date —→

| MONTH | DAY | YEAR |
|---|---|---|
| MARCH | 18, | 1988 |

[ ] WITHOUT COUNSEL   However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL   Fred Schwartz, retained
(Name of Counsel)

**PLEA**

[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,   [ ] NOLO CONTENDERE,   [ ] NOT GUILTY

**FINDING & JUDGMENT**

There being a finding/verdict of   [ ] NOT GUILTY. Defendant is discharged
[ ] GUILTY.

Defendant has been convicted as charged of the offense(s) of mail fraud in violation of 18 USC 1341 as charged in counts 1 and 54 of the Indictment; conspiracy to defraud the United States in violation of 18 USC 371 as charged in count 63 of the Indictment.

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of **five** (5) years as to each of the counts 1, 54, and 63, said terms to run consecutive one to another and consecutive to the sentence imposed in CR 88-173-JMI for a total term of imprisonment of twenty (20) years and is to become eligible for parole pursuant to 18 USC 4205(a). IT IS ORDERED that defendant make restitution in the amount of eight-and-a-half million dollars ($8,500,000.00). IT IS FURTHER ORDERED that defendant pay a special assessment fee of $50.00 payable to the U.S. Treasury - U.S. Attorney, Claims and Judgments.

**SPECIAL CONDITIONS OF PROBATION**

Upon motion of the Government, the underlying Indictment and remaining counts are dismissed.

Defendant is ordered remanded to the custody of the U.S. Marshal and his bond exonerated forthwith.

**ADDITIONAL CONDITIONS OF PROBATION**

**COMMITMENT RECOMMENDATION**

that defendant be incarcerated in a Florida institution.

ENTERED ON COURT
APR - 4 1988

**SIGNED BY**
[XX] U.S. District Judge
[ ] U.S. Magistrate

JAMES M. IDEMAN   Date 30 Mar 88

# CIVIL COVER SHEET       97-    854

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing a
law, except as provided by local rules of court. This form, approved by the Judicial Conference of the U      September 1974, is required for the use of
the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE R           FORM.)

**I (a) PLAINTIFFS**

UNITED STATES OF AMERICA,

**DEFENDANTS** CIV-UNGARO-BENAGES

FISCH, TODD E.

MAGISTRATE JUDGE
TURNOFF
                                                                                         DADE

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

B DADE 97CV854/UUB/WCT

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

U.S. Attorney's Office
99 N.E. 4th St.
Miami, Florida 33132     (305) 536-5486

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)
- ☒ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U S Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|                                    | PTF | DEF |                                              | PTF | DEF |
|------------------------------------|-----|-----|----------------------------------------------|-----|-----|
| Citizen of This State              | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State           | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                           | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Registration of Foreign Judgment, 28 U.S.C. §1963

**IVa.** _1_ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 362 Personal Injury-Med Malpractice | | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 365 Personal Injury-Product Liability | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Exc. Veterans) B | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending B | ☐ 630 Liquor Laws | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 640 R.R. & Truck | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 650 Airline Regs | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 660 Occupational Safety/Health | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 690 Other | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | Habeas Corpus | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 720 Labor Management Relations B | ☐ 863 DIWC/DIWW (405(g)) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | * A or B |
| | | | ☐ 790 Other Labor Litigation | **A FEDERAL TAX SUITS** | |
| | | | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | ☐ 871 IRS-Third Party 26 USC 7609 | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)  CENTRAL DIST. CA
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☒ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint:  ☐ YES   **JURY DEMAND:** ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____  DOCKET NUMBER _____

**DATE** 4/3/97

**SIGNATURE OF ATTORNEY OF RECORD** Mary F. Dooley, AUSA

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. _____  Amount: _____  M/ifp: _____  Date Paid: _____