UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV-UNGARO-BENAGES |
| Plaintiff, ) | CASE NO. 97-0854 |
| v. ) | MAGISTRATE JUDGE TURNOFF |
| TODD E. FISCH, ) | ORDER OF GARNISHMENT |
| Defendant, ) | Referred to Magistrate Judge |
| and ) | |
| INTERACTIVE TELECARD SERVICES, INC., ) | |
| Garnishee. ) | |

This matter came on for hearing on the date of July 30, 1997, and the Court made the following findings:

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ it had issued a check to Bruce Lazar, Esq., attorney for the defendant, that had not been paid by the bank and that the garnishee had stopped payment on the check and that in addition the garnishee was indebted to defendant in the sum of $1,517.63 per month for 60 months pursuant to a promissory note.

The defendant requested a hearing to contest the garnishment inter alia on the grounds that the check issued to Bruce Lazar was a

negotiable instrument and that Mr. Lazar was the proper garnishee pursuant to 28 U.S.C. § 3205(c)(2)(C) and therefore the garnishment had no effect on funds represented by the check.

A hearing on defendant's objection was held on July 30, 1997, and after having given due consideration to the pleadings filed in this matter and to the arguments of the parties, and being fully advised in the premises, it is hereby

ORDERED that Garnishee, ITS, Inc. pay the sum of $31,500 to the Bruce Lazar, Esq, as attorney for defendant Todd Fisch and the government shall not garnish the funds held by Mr. Lazar. Of the $31,500 ordered to be paid to Mr. Lazar, $500 shall be retained by ITS, Inc. and paid to Philip T. Weinstein, Esq., as attorneys fees; and it further

ORDERED that the garnishee, ITS, Inc., make two payments of $1,517.63, a total of $3,035.26 to plaintiff immediately and continue making payments of $1,517.63 per month on the 12th day of each month until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor, Todd Fisch or until further Order of this court; and it is further

ORDERED that the monthly payments made by ITS, Inc. shall be made payable to the Clerk of the U.S. District Court,

include the defendant's name and case number, CR86-887(A)-JMI and be addressed as follows:

>   Financial Section
>   Clerk's Office
>   United States District Court
>   Central District of California
>   312 North Spring Street
>   Los Angeles, CA 90012

**DONE AND ORDERED** in Chambers at MIAMI, Florida, this ___ day of August, 1997.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE
Southern District of Florida

Approved as to form:

_____
Bruce Lazar, Esq.

cc: Honorable Ursula Ungaro-Benages
    Mary F. Dooley, AUSA
    Bruce Lazar, Esq.
    Benson Weintraub, Esq.
    Philip T. Weinstein, Esq.